RECEIVED
JUL 11 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS L. PRUITT<br>Plaintiff, | CIVIL ACTION NO: 1:03-cv-2221 |
| V. | JUDGE F.A. LITTLE, JR. |
| HARRIS HATCHET, et al,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

**MOTION TO REQUEST THE COURT DENY OR STAY DEFENDANTS SUMMARY JUDGMENT**

Comes now Curtis L. Pruitt proceeding Pro Se Would move this Honorable Court to grant plaintiff request for a continuance of defendants summary judgment motion in the above styled cause. Plaintiff states the following to wit in support:

Plaintiff have not had an opportunity to complete discovery in this case. The whole purpose of discovery in a case in which a motion for summary judgment is filed is to give the opposing party an opportunity to discover as many facts as are available and he considers essential to enable him to determine whether he can honestly file opposing affidavits. See <u>Snook v. Trust CO. Of Ga. Bank of Savnnah, N.A.</u> 859 F.2d. 865 (11th Cir. 1988.

Plaintiff request that the Court grant a stay or continuance of defendants Summary judgment motion until he has obtained the necessary information to oppose summary judgment. See <u>Costlow v. United States,</u> 552 F.2d 560, 564 (3d Cir. 1977)

SIGNED M.C.L. Pruitt
DATED July 6, 2005

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 18 2005
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Motion denied.
See order of 13 July 05
[signature] Judge
18-J-y-05